IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACEY GANGAWAY | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security | : | NO. 14-CV-4234 |

O R D E R

J. WILLIAM DITTER, JR., J.,

AND NOW, this 29th day of June, 2015, upon consideration of the Plaintiff's request for review, and the Commissioner's response thereto, the Plaintiff's objections and the Commissioner's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS HEREBY ORDERED that:

1. The Plaintiff's objections are DENIED.

2. The Report and Recommendation is APPROVED and ADOPTED.

3. The Plaintiff's request for review is DENIED.

4. Judgment is entered in favor of the Commissioner.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.